| Fill in this information to identify the case: | |
|---|---|
| Debtor name | MobileSmith, Inc. |
| United States Bankruptcy Court for the: | Eastern District of North Carolina |
| Case number (If known): | 22-02319-5 |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pototsky and Associates<br>16485 Collins Ave<br># 1936<br>Sunny Isles Beach, FL, 33160 | | Services | | | | 60,000.00 |
| 2 | Zylun Staffing<br>Attn: Managing Agent or officer<br>210 North 1200 East, Ste 200<br>Lehi, UT, 84043-2309 | | | | | | 44,209.10 |
| 3 | TriNet HR Coporation (WF) - Deferred SS Tax (CARES Act)<br>1100 San Leandro Blvd<br>San Leandro, CA, 94577 | | Social Security Tax Owed to previous payroll vendor - CARES Act | | | | 35,688.24 |
| 4 | Alidade Palisades I, LLC.<br>Attn: Managing Agent or Officer<br>40900 Woodward Ave Ste 250<br>Bloomfield, MI, 48304-5119 | | | | | | 34,057.14 |
| 5 | GDS Publishing<br>Attn: Managing Agent or Officer<br>55 Water St, 32nd Fl<br>New York, NY, 10041 | | | | | | 33,899.00 |
| 6 | The FiscalHealth Group, LLC<br>Attn: Managing Agent or Officer<br>331 Lodgewood Ln,<br>Lafayette, CO, 80026 | | | | | | 29,150.00 |
| 7 | TCM Bank NA (Software Credit Card) VISA<br>PO Box 4512<br>Carol Stream, IL, 60197-4512 | | Credit Card Debt | | | | 24,725.26 |
| 8 | Cherry Bekaert, LLP<br>Attn: Managing Agent or Officer<br>3800 Glenwood Ave, Ste 200<br>Raleigh, NC, 27612 | | Accountant services | | | | 21,500.00 |

Debtor   MobileSmith, Inc.
         Name

Case number (*if known*)  22-02319-5

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Ocozzio Inc  Attn: Managing Agent or Officer  1030 Stevens Creek Rd,  Augusta, GA, 30907 | | | | | | 20,000.00 |
| 10 | Chetu  Attn: Managing Agent or Officer  1500 Concord Ter., Ste 100  Fort Lauderdale, FL, 33323 | | | | | | 19,200.00 |
| 11 | McGriff Insurance Services  Attn: Managing Agent or Officer  3605 Glenwood Ave  Raleigh, NC, 27612 | | | | | | 15,186.84 |
| 12 | Lepore Associates, LLC  Attn: Managing Agent or Officer  2660 Crooked Stick Lane  Mount Pleasant, SC, 29466 | | | | | | 14,000.00 |
| 13 | Definitive Healthcare  Attn: Managing Agent or officer  492 Old Connecticut Path, Ste 401  Framingham, MA, 01701 | | | | | | 13,438.25 |
| 14 | Revered  Attn: Managing Agent or officer  1053 E Whitaker Mill Rd, Ste 115  Raleigh, NC, 27604 | | | | | | 10,000.00 |
| 15 | Robert Smith  6242 Stockwell Dr  Frisco, TX, 75034 | | | | | | 10,000.00 |
| 16 | Paul Enochs, MD  132 Bruce Drive  Cary, NC, 27511 | | | | | | 10,000.00 |
| 17 | Milan DiGiulio, M.D.  Performance Orthopaedic Surgery & Sports Medicine  3701 NW Cary Pkwy, Suite 305  Cary, NC, 27513 | | | | | | 10,000.00 |
| 18 | Pendo  Attn: Managing Agent or Officer  301 Hillsborough St  Raleigh, NC, 27603 | | | | | | 7,500.00 |
| 19 | Vidyard  Attn: Managing Agent or Officer  1 Queen St. N, Unit #301  Kitchener, ON, Canada | | | | | | 6,930.00 |
| 20 | Rhonda Collins  169 Silverado Drive  Georgetown, TX, 78633 | | | | | | 6,251.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2