**VAN–117** Hearing Conference Worksheet – Rev. 07/07/2022

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

IN RE:
MobileSmith, Inc.
c/o Gleb Makhailov
1002 Rushden Way
Apex, NC 27502

TaxID: 95–4439334
**Raleigh Division**

CASE NO.: 22–02319–5–JNC

DATE FILED: October 12, 2022

CHAPTER: 11

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

11(a) status conference

J.M. Cook

J.M. Cook, P.A.
5886 Faringdon Place
Suite 100
Raleigh, NC 27609
919–675–2411

Bankruptcy Administrator

DATED: October 12, 2022

Roxanne Parker