Exhibit B

| **MobileSmith, Inc.: Cash Collateral Budget** | | |
|---|---:|---:|
| 12 October 2022 to 12 November 2022 | | |
| **Budget Item** | **Income** | **Expense** |
| Projected Operating Income | $0.00 | |
| Salary - Gleb Mikhailov (7 Oct through 15 Nov) | | $9,615.38 |
| Salary - Michelle Jacobson (7 Oct through 15 Nov) | | $4,807.69 |
| Microsoft - Office 365 licenses | | $600.00 |
| Other miscellanous costs | | $2,000.00 |
| **Subtotals** | **$0.00** | **$17,023.07** |
| **Net Monthly Income** | **($17,023.07)** | |