UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                              CASE NO. 22-02319-5-JNC

MOBILESMITH, INC.,                                                  Chapter 11
       Debtor-in-Possession

NOTICE OF EMERGENCY MOTION TO USE CASH COLLATERAL
AND NOTICE OF HEARING

TO:    ALL CREDITORS AND PARTIES IN INTEREST.

**NOTICE IS HEREBY GIVEN** that on 12 October 2022, MobileSmith, Inc. filed for protection under Chapter 11 of the United States Bankruptcy Code. On 13 October 2022, the Debtor filed its Motion to determine the extent of the lien on cash collateral and, alternatively, for the use of cash collateral.

**FURTHER NOTICE IS HEREBY GIVEN** that this Motion may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of this Court, P.O. Box 791, Raleigh, NC 27602, with a copy served on Debtor's Counsel, before **18 October 2022 by 9:00 AM.**

**FURTHER NOTICE IS HEREBY GIVEN**, if a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the Motion and said objection via Zoom as follows:

Topic: MobileSmith  22-02319  Cash Collateral
Time: **Oct 18, 2022 02:00 PM Eastern Time (US and Canada)**

Join ZoomGov Meeting
https://www.zoomgov.com/j/1605558169?pwd=blpIU0x0a3pZN09qUTMvSkhtRGEydz09

Meeting ID: 160 555 8169
Passcode: 98594470
One tap mobile
+16692545252,,1605558169#,,,,*98594470# US (San Jose)
+16468287666,,1605558169#,,,,*98594470# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 669 216 1590 US (San Jose)

+1 551 285 1373 US
Meeting ID: 160 555 8169
Passcode: 98594470
Find your local number: https://www.zoomgov.com/u/accCJa5b2D

If no request for a hearing is timely filed, the Court may rule on this Motion and response thereto ex parte without further notice. Any party filing an objection requesting a hearing, shall appear at said hearing or they may be taxed with Court costs.

This 13th day of October 2022.

**J.M. Cook, P.A.**

By: /s/ J.M. Cook
J.M. Cook
5886 Faringdon Place, Suite 100
Raleigh, NC 27609
Tel: 919. 675.2411
Fax: 919.882.1719
Email: J.M.Cook@jmcookesq.com