**VAN–117** Hearing Conference Worksheet – Rev. 07/07/2022

Date:_____     Time: _____     Place: _____

Date:_____     Time: _____     Place: _____

Date:_____     Time: _____     Place: _____

IN RE:
MobileSmith, Inc.
c/o Gleb Makhailov
1002 Rushden Way
Apex, NC 27502

TaxID: 95–4439334
**Raleigh Division**

CASE NO.: 22–02319–5–JNC

DATE FILED: October 12, 2022

CHAPTER: 11

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*11* – Emergency Motion to Use Cash Collateral filed by J.M. Cook on behalf of MobileSmith, Inc. (Attachments: # 1 Exhibit UCC Filing # 2 Exhibit Budget) (Cook, J.M.)

J.M. Cook
J.M. Cook, P.A.
5886 Faringdon Place
Suite 100
Raleigh, NC 27609
919–675–2411

DATED: October 13, 2022

Lisa Payne