IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| MOBILESMITH, INC. | Case No. 22-02319-5-JNC |

### NOTICE OF APPEARANCE

NOW COMES Waldrep Wall Babcock & Bailey, PLLC and files this Notice of Appearance as counsel for Hyposwiss Private Bank Geneva, Ltd., Creditor in the above-referenced adversary proceeding. Pursuant to applicable law and Bankruptcy Rule 9010, we respectfully request that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings be served upon the undersigned at the office, postal address listed as follows:

> Kevin L. Sink
> NC State Bar No. 21041
> Waldrep Wall Babcock & Bailey, PLLC
> 3600 Glenwood Avenue, Suite 210
> Raleigh, NC 27612
> Telephone: 919-589-7985
> ksink@waldrepwall.com

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance does not constitute any acceptance of service for service of process.

PLEASE TAKE FURTHER NOTICE that, pursuant to applicable law, the foregoing request includes notices and papers referred to in the Bankruptcy Rules, including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. We further request that the Clerk of Court place the foregoing name and address on any mailing matrix in the above-numbered adversary proceeding.

This the 14th day of October, 2022.

> By: *s/Kevin L. Sink*
> Kevin L. Sink
> NC State Bar No. 21041
> Waldrep Wall Babcock & Bailey, PLLC
> 3600 Glenwood Avenue, Suite 210
> Raleigh, NC 27612
> Telephone: 919-589-7985
> *Counsel for Hyposwiss Private Bank Geneva, Ltd.*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing **NOTICE OF APPEARANCE** was served this day via CM/ECF service on the following:

VIA CM/ECF EMAIL SERVICE ONLY
Brian Behr
*Bankruptcy Administrator*

J.M. Cook
*Counsel for the Debtor*

This the 14th day of October, 2022.

By: *s/Kevin L. Sink*
Kevin L. Sink
NC State Bar No. 21041
Waldrep Wall Babcock & Bailey, PLLC
3600 Glenwood Avenue, Suite 210
Raleigh, NC 27612
Telephone: 919-589-7985
*Counsel for Hyposwiss Private Bank Geneva, Ltd.*